BH

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX

2011 FEB -7  PM 4: 05

DEPUTY CLERK _____ NT

Eric Williams
**PLAINTIFF**

**VS**

**DEFENDANT (S)**

City of Arlington, Arlington Police
National Football League

**CIVIL ACTION NUMBER**

# 3 - 1 1 C V 0 2 3 3 - K

## CIVIL ACTION LAWSUIT

# Charges against the City of Arlington, Arlington Police Department and the NFL for Racial Harassment, Racial Profiling, Racial Discrimination, Police Bullying and False charges of Ambush Marketing

## Violation of the 1964 Civil Rights Act

Racial harassment, Racial Profiling, Racial Discrimination, Police

Bullying is illegal. Everyone has the right to live without fear of

attack against themselves or their home or property. Several

Officers were dispatched from the City of Arlington Code and

Compliance department, the City of Arlington Police department

and the NFL to disrupt my approved anti-bullying campaign

*page 1*

Located on my private bus which was in a parked position at

Lincoln Square in Arlington, Texas prior to Super Bowl kick-off

on February 6, 2011. They boarded my private bus illegal without

my permission, they demanded my identification, wrote down my

License plate number, took photos of my bus and verbally

assaulted me,

Later, they paraded me around in front of thousands of Super Bowl

fans as if I was a terrorist, three times they sent several squad cars

with flashing lights and sirens and later accused me and gave me a

citation for  "Ambush Marketing" all the while threaten me with

arrest. They also said, "I would need to vacate the property within

30 minutes of their departure and if not upon there return, they

would have me arrested and my bus towed away from the parking

lot at my expense."

They also indicated if I did not show up to court for the citation

that was issued for "Ambush Marketing" a warrant will be issued

for my arrest and a $500 fine would be assessed.   *Page 2*

My Civil rights were violated because they targeted me as an African-American who owns a 45 foot long mobile educational media and gamming lab Bus. The exterior vehicle wrap of the bus features images of black hip hop stars, a local 97.9 DJ and myself.

These images are used as an attraction to capture the students hearts and minds that are enrolled in my after-school mentoring program. I teach educational music video production to students of all races and ages. All four sides feature black faces. At the time of the confrontation, the bus was positioned about 2 blocks from the Stadium in the heart of the Super Bowl traffic with a mostly white street audience.

Pam Dawson, the property manager for Lincoln Square who happens to be white, indicated to me, "the officers said to her the signage on the bus that features all black faces was offensive and the bus should be removed from the parking lot." This was their justification for their harassment and citation.

*Page 3*

A similar bus/truck also had a vehicle wrap and was positioned within a few hundred feet of my vehicle promoting Plains Bank, a white owned bank.  In addition, Coors beer had a similar banner opposite of my lab posted on an exterior wall of the Ross department store. Neither of these white businesses were targeted for their so called "Clean Zone" ambush marketing charge nor given a ticket and told to leave or be removed from the lot.

In addition, there were thousands of white scalpers roaming the same parking lot but was not targeted.

The Civil Rights Act of 1964 bans discrimination based on race, color, religion, gender or national origin. Included in the Act were the prohibition of discrimination in hotels, motels and prohibition of government agencies from denying access to public facilities on the basis of race, religion, gender or ethnicity and the prevention of discrimination by government agencies that receive

federal funding.
*Page 4*

These federal agencies caused extreme humiliation, embarrassment threatening confrontations and intimidation to my staff and me.

This confrontation was witnessed by hundreds of thousands of people in the area as they bullied me by racially profiling me and causing damage to my reputation and revenue while the World media was present.

This unfair treatment conducted by these law officials, included but not limited to excessive show of force, racial profiling and Coercion.

They specifically targeted me and my bus because of my race with their words and actions designed to make me feel degraded and defeated.

They also invited a response from me for ensnarement purposes by engaging in overly loud and threatening conversations with me during there three visits to my bus.

*Page 5*

The threat of arrest if I did not remove my bus caused me to pack up and leave prior to Super Bowl kick-off after having my bus present there for the past 3 days in the same spot.

There have been numerous documented past cases involving racial harassment and discrimination in Arlington, Texas and this is just another example of why there is a need for light to be shed on this case and other racial activities that have been administered by the City of Arlington and its police department.

I am suing the City of Arlington because they directed their code and compliance officers to pursue and racially harass me. I am suing the Arlington Police for carrying out the City of Arlington directive to racially profile me.

I am suing the NFL for establishing the climate, environment and City of Arlington ordinance that lead to the "Clean Zone" confrontation that was the epicenter for the Racial Harassment,

*Page 6*

Racial Profiling, Racial Discrimination, Police Bullying and False charges of Ambush Marketing.

Best Buy and Lincoln Square were both partners who allowed my Anti-bullying campaign to be staged in their private lot.

On numerous occasions during the confrontation, the property manager for Lincoln Square and Best Buy managers were summoned to the confrontation scene and they informed the officers on three occasions that I had complete support and approval and no need for a permit from the owners of the property or the city to have my bus position in their lot.

However, the officers still demanded I vacate the property immediately because of the so-called offensive signage on my bus or face arrest and I was given a ticket to appear in court with the threat of a possible warrants.

*Page 7*

## JURY DEMAND

Eric Williams demands a trial by jury on all claims and issues for a

Jury to render a judgment.

## PRAYER

**WHEREFORE**, Eric Williams prays for the entry of judgment as

follows:

    A. Certify the putative damages

    B. A judgment in favor of Eric Williams

    C. Declare the Defendants practices, as described herein, violate the Civil Rights Act of 1964

    D. A judgment awarding Eric Williams disbursement incurred in conjunction with this action, including reasonable attorney's fees, expert witness fees and other cost:

    E. A judgment granting extraordinary equitable relief as permitted by law or equity of $1,500,000.00

    F. A judgment granting declaratory and injunctive relief and all relief.

    G. Request that Court retain jurisdiction on an ongoing basis in order to ensure and, where necessary enforce compliance.

Dated: February 7, 2011                    Respectfully Submitted,

Eric Williams

Pro Se

# Out The Box Entertainment
Presents:

# "MITS"

### The 411 MENTORING Project
## Mobile Industrial Technology Studio
Pilot Project



## WWW.OTBONDEMAND.COM

*Exhibit C*

**City of Arlington, Texas**                    CITATION

## 000557238

☐ TRAFFIC        ☑ PERSONAL OBSERVATION
☐ NON-TRAFFIC    ☐ INVESTIGATION

**NAME**

| LAST | FIRST | MIDDLE | | SUFFIX |
|------|-------|--------|--|--------|
| WILLIAMS | ERIC | L | | |

**D.L.**

| STATE | NUMBER | | CLASS | YR. EXP. | CDL |
|-------|--------|--|-------|----------|-----|
| TX | 24527032 | | | | ☐ Yes |

**RES INFO**

| NUMBER | STREET | | | APT. NUMBER |
|--------|--------|--|--|-------------|
| 930 | IRONWOOD DR | | | |

| CITY | STATE | ZIP | PHONE |
|------|-------|-----|-------|
| DESOTO | TX | 75115 | |

**PHYS**

| RACE | SEX | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR |
|------|-----|---------------|--------|--------|------|
| | | | | | |

**BUS INFO**

| NAME OF COMPANY | | CITY |
|-----------------|--|------|
| | | |

| ADDRESS NUMBER | STREET | SUITE | PHONE |
|----------------|--------|-------|-------|
| | | | |

**VEHICLE**

| YEAR | MAKE | MODEL | STYLE | ☐ COMMERCIAL VEHICLE |
|------|------|-------|-------|----------------------|
| | | | | ☐ SERIOUS TRAFFIC VIOLATION |
| | | | | ☐ HAZ MAT |

| COLOR | LICENSE NUMBER | STATE | REG. YR. |
|-------|----------------|-------|----------|
| | U91 8PP | | |

**OFFENSE LOCATION**

LINCOLN SQUARE ROAD TO SIX FLAGS

| DIR. OF TRAVEL | SEARCH | CONSENT | OFFENSE DATE | HOUR | ISSUE DATE |
|----------------|--------|---------|--------------|------|------------|
| N E S W | YES NO | YES NO | | | |

**SPEEDING VIOLATION**

ALLEGED_____ MPH   ☐ RADAR   ☐ SCHOOL
                      ☐ URBAN   ☐ POSTED
LIMIT _____ MPH     ☐ LASER   ☐ CONSTRUCTION - WORKERS PRESENT

| VIOLATION | CODE |
|-----------|------|
| 1. PED. TRAFFIC  AMBUSH MARKETING | 6399 |

| VIOLATION | CODE |
|-----------|------|
| 2. X | |

| VIOLATION | CODE |
|-----------|------|
| 3. X | |

☐ STEP        OFFICER OR OFFICIAL          I.D. NO.
☐ COLLISION   J Donnell                    7757

MISC. INFO.                                 BEAT NO.

CASE NO.

RU WITH ADVERTISEMENT
AND BANNERS

I AGREE TO APPEAR AS DIRECTED -- THIS IS NOT A PLEA OF GUILTY

X _____

READ INSTRUCTIONS ON BACK OF CITATION

PRINT CENTRAL, INC.        AR300SC-0909

95202

972-748-9533
169 Boca Raton Way
Lancaster, Texas 75146

**Exhibit A- Email confirmation for approving the bus**


I'm here till 4 today so it maybe better tomorrow.
I'll be here from 2-10 tomorrow.

Be Open - Be Immediate - Be Curious - Be Present -
Be Positive - Be Committed - Be Consistent

Herb Asanarong

Customer Solutions Manager

North Arlington TX (Store 794)
200 Lincoln Sq
Arlington, TX  76011
Phone: 817-795-1401

---

From: Eric Williams [mailto:gamefamebus@yahoo.com]
Sent: Wed 1/19/2011 4:24 PM
To: Asanarong, Herb
Subject: RE: Superbowl event


Yes, 6-10 on thurs and friday and 10 to 10 on Sat
and Sunday. Can we meet either tomorrow or friday.
I came by your store but they said you were off
today. I am confirmed with Pam and have a green
light to park the bus. Look forward to hearing back

--- On Wed, 1/19/11, Asanarong, Herb
<Herb.Asanarong@bestbuy.com> wrote:

From: Asanarong, Herb
<Herb.Asanarong@bestbuy.com>
   Subject: RE: Superbowl event
   To: "Eric Williams" <gamefamebus@yahoo.com>
   Date: Wednesday, January 19, 2011, 9:37 PM


   So is it for sure 6-10 Eric?  I agree with the
time, but I need to confirm so I can be on the same
page with you.

   Be Open - Be Immediate - Be Curious - Be
Present - Be Positive - Be Committed - Be
Consistent

   Herb Asanarong

   Customer Solutions Manager

   North Arlington TX (Store 794)
   200 Lincoln Sq
   Arlington, TX  76011
   Phone: 817-795-1401

-----------------------------------

   From: Eric Williams
[mailto:gamefamebus@yahoo.com]
   Sent: Wed 1/19/2011 6:19 AM
   To: Asanarong, Herb
   Subject: RE: Superbowl event


   I had two times in mind 1. 10 -6  the other 6-
10 i am leaning more for 6-10 because of the work
schedule but if you have any better ideas i am
open. Thanks, Eric

--- On Wed, 1/19/11, Asanarong, Herb
<Herb.Asanarong@bestbuy.com> wrote:


From: Asanarong, Herb
<Herb.Asanarong@bestbuy.com>
Subject: RE: Superbowl event
To: "Eric Williams" <gamefamebus@yahoo.com>
Date: Wednesday, January 19, 2011, 4:32 AM


What are the times for those days Eric?

Be Open - Be Immediate - Be Curious - Be
Present - Be Positive - Be Committed - Be
Consistent

Herb Asanarong

Customer Solutions Manager

North Arlington TX (Store 794)
200 Lincoln Sq
Arlington, TX  76011
Phone: 817-795-1401

_____

From: Eric Williams
[mailto:gamefamebus@yahoo.com]
Sent: Mon 1/17/2011 6:45 PM
To: Asanarong, Herb
Subject: RE: Superbowl event


Greetings. Pam. Great to speak with you on
today. The dates in which we I would like to hold

the Madden 11 tourney is Jan 27,28,29, 30 = Feb
3,4,5. The bus is 40 feet long and self contained.
I have placed some links about me and my bus
program that have appeared on local and national
television. I plan to do the same type of coverage
for our event. I look forward to meeting with you
this week to finalize the details. If you have any
question please feel free to call me at 972-748-
9533. Eric Williams, CEO Out The Box.


     most recent news coverage- This week  FOX
        http://www.myfoxdfw.com/dpp/news/011211-
dallas-kids-write-and-perform-anti-bullying-video#


http://www.youtube.com/ntrboyz#p/u/4/60hAS2v0LeA  -
ABC


http://www.youtube.com/ntrboyz#p/u/8/LNQXeEurddE
-CNN


http://www.youtube.com/ntrboyz#p/u/10/hdi8HoP-
Pvs   -FOX


http://www.youtube.com/ntrboyz#p/u/11/rcZZLaM8gK0
-NBC


http://www.youtube.com/ntrboyz#p/u/12/YWkJ4ZqzhwY -
ABC


http://www.youtube.com/ntrboyz#p/u/14/4Hul1TQmII8
-- NBC

http://www.youtube.com/ntrboyz#p/u/1/YOXV6o7Nz2I   --XBOX Music video


        --- On Mon, 1/17/11, Asanarong, Herb
<Herb.Asanarong@bestbuy.com> wrote:



        From: Asanarong, Herb
<Herb.Asanarong@bestbuy.com>
        Subject: RE: Superbowl event
        To: "Eric Williams"
<gamefamebus@yahoo.com>
        Cc:
pamdawson@lincolnsquarearlington.com
        Date: Monday, January 17, 2011, 8:12 PM


        Eric,

        Please give Pam a call at 817-501-9667.

        Thank you,

        Be Open - Be Immediate - Be Curious -
Be Present - Be Positive - Be Committed - Be
Consistent

        Herb Asanarong

        Customer Solutions Manager

        North Arlington TX (Store 794)
        200 Lincoln Sq
        Arlington, TX  76011
        Phone: 817-795-1401

From: Asanarong, Herb
Sent: Thu 1/13/2011 10:01 AM
To: Eric Williams
Subject: RE: Superbowl event


I never got it Eric.  Please resend.

Thank you,

Be Open - Be Immediate - Be Curious -
Be Present - Be Positive - Be Committed - Be
Consistent

Herb Asanarong

Customer Solutions Manager

North Arlington TX (Store 794)
200 Lincoln Sq
Arlington, TX  76011
Phone: 817-795-1401

--------------------------------------

From: Eric Williams
[mailto:gamefamebus@yahoo.com]
Sent: Thu 1/13/2011 7:25 AM
To: Asanarong, Herb
Subject: Re: Superbowl event


I'm glad  you recieved the proposal.
The first time I sent the proposal it came back.
Great! look forward to talking on friday/ Thanks,
Eric 972-748-9533.

--- On Thu, 1/13/11, Asanarong, Herb

<Herb.Asanarong@bestbuy.com> wrote:


From: Asanarong, Herb
<Herb.Asanarong@bestbuy.com>
Subject: Superbowl event
To: gamefamebus@yahoo.com
Date: Thursday, January 13, 2011,
2:50 AM


Any additional is greatly
appreciated.

Thank you,

Be Open - Be Immediate - Be Curious
- Be Present - Be Positive - Be Committed - Be
Consistent

Herb Asanarong

Customer Solutions Manager

North Arlington TX (Store 794)
200 Lincoln Sq
Arlington, TX  76011
Phone: 817-795-1401




With these info I'm thinking BEST BUY LOGO / GAME
FAME LOGO / GEEK SQUAD LOGO, and some how
incorporate our TRADE-IN promo on it too.

The outside should be poster banner style 10x10 and
10x15

Be Open – Be Immediate – Be Curious – Be Present –
Be Positive – Be Committed – Be Consistent

Herb Asanarong

Customer Solutions Manager

North Arlington TX (Store 794)
200 Lincoln Sq
Arlington, TX   76011
Phone: 817-795-1401

---

From: Eric Williams [mailto:gamefamebus@yahoo.com]
Sent: Tue 1/25/2011 4:57 PM
To: Asanarong, Herb
Subject: Fw: RE: Gamebus banner materials

Herb is the info. The banner on the inside of the
bus should be decal style that peels and paste. The
outside should be poster banner style 10x10 and
10x15

The inside measurements are 11x56" and 11x70"

Yes sir it is.

Herb Asanarong
Customer Solutions Manager

North Arlington Store 794

200 Lincoln Sq
Arlington, TX 76011

(817) 795-1401 direct
(817) 276-5462 fax
----- Original Message -----
From:Eric Williams <gamefamebus@yahoo.com>
To:HerbAsanarong <Herb.Asanarong@bestbuy.com>
Sent:1/26/2011 9:48 AM
Subject:Re: FW: proof


Great! Just one question. Is this new high res of
the last logo I sent? I can't really tell. However,
if not could you have them replace with the high
res. It looks good. Let's roll with it. Thanks,
Eric.

--- On Wed, 1/26/11, Asanarong, Herb
<Herb.Asanarong@bestbuy.com> wrote:

From: Asanarong, Herb <Herb.Asanarong@bestbuy.com>
Subject: FW: proof
To: gamefamebus@yahoo.com
Date: Wednesday, January 26, 2011, 2:19 PM

What do you think Eric?

Be Open - Be Immediate - Be Curious - Be Present -
Be Positive - Be Committed - Be Consistent


Herb Asanarong

Customer Solutions Manager

What do you think Eric?

Be Open - Be Immediate - Be Curious - Be Present -
Be Positive - Be Committed - Be Consistent


Herb Asanarong

Customer Solutions Manager

North Arlington TX (Store 794)
200 Lincoln Sq
Arlington, TX  76011
Phone: 817-795-1401

---

From: Hernandez, Evangelina
Sent: Tue 1/25/2011 10:55 PM
To: Asanarong, Herb
Subject: proof

So here is what I came up with. Let me know if this
ok so I can get them to start printing asap.

Evangelina Hernandez

GNFR FSC

609 Enterprise Dr Ste 306

Flower Mound Texas 75028

214-412-6164

evangelina.hernandez@bestbuy.com

t3printshop@bestbuy.com

North Arlington TX (Store 794)

200 Lincoln Sq
Arlington, TX  76011
Phone: 817-795-1401

---

From: Hernandez, Evangelina
Sent: Tue 1/25/2011 10:55 PM
To: Asanarong, Herb
Subject: proof

So here is what I came up with. Let me know if this
ok so I can get them to start printing asap.

Evangelina Hernandez

GNFR FSC

609 Enterprise Dr Ste 306

Flower Mound Texas 75028

214-412-6164

evangelina.hernandez@bestbuy.com



Pix 2



Pix 3



Pix 4



Pix 6



JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

*ORIGINAL*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff  *Dallas County*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  *Tarrant County*
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

RECEIVED
BY
FEB 7 2011

Attorneys (If Known)

**3-11 CV 0 233 - K**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
*Violation of 1964 Civil Rights Act*

Brief description of cause:
*Charges of Racial Harassment, Racial Profiling, Racial Discrimination, Ambush Murder*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:

(See instructions)

JUDGE _____  DOCKET NUMBER _____

DATE  *2-7-2011*

SIGNATURE OF ATTORNEY OF RECORD  *Eric Null  Pro Se*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____