IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DIANE G. REED | § | |
| | § | |
| V. | § | ACTION NO. 4:11-CV-093-Y |
| | § | |
| CITY OF ARLINGTON, ET AL. | § | |

## ORDER GRANTING MOTION TO DISMISS

Pending before the Court is Plaintiff's Motion to Dismiss as to All Remaining Defendants (doc. 109), filed November 28, 2012. The Court GRANTS the motion. Plaintiff's claims against City of Arlington; National Football League; Jerral "Jerry" Wayne Jones; JWJ Corporation; Cowboys Stadium, LP; Cowboys Stadium, GP; and Blue & Silver, Inc., are DISMISSED with prejudice.

SIGNED November 29, 2012.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah