IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DIANE G. REED | § | |
| | § | |
| V. | § | ACTION NO. 4:11-CV-093-Y |
| | § | |
| CITY OF ARLINGTON, ET AL. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order entered this same day, the Court's order of February 13, 2012; the Court's order of September 6, 2012; and to Federal Rules of Civil Procedure 58 and 41(a)(1), all claims in the above-styled and numbered cause are DISMISSED WITH PREJUDICE. All costs under 28 U.S.C. § 1920 are taxed against Plaintiff.

SIGNED November 29, 2012.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah